# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1018.  JAMES HENRY MOORE v. THE STATE.**

In 2013, James Henry Moore pleaded guilty to child molestation and was sentenced to 20 years' imprisonment, with no portion of the sentence probated. He later filed a pro se motion to correct a void sentence, which the trial court denied. On appeal, we vacated the sentence because it was not a split sentence as required by OCGA § 17-10-6.2 (b), and we remanded for resentencing. See *Moore v. State*, Case No. A17A1457 (decided Dec. 1, 2017) (per curiam). On remand, the trial court resentenced Moore to 20 years, to serve 19 in prison and the remainder on probation.

Moore then filed two more pro se motions in the trial court seeking a range of relief, including rulings on prior motions, the production of transcripts, the vacatur of his sentence, and the withdrawal of his guilty plea. On July 17, 2019, the trial court entered an order denying these motions. On August 19, 2019, Moore filed a notice of appeal to this Court. Pretermitting whether Moore had a right of direct appeal here, we lack jurisdiction because his notice of appeal was not timely filed.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Moore's notice of appeal was

untimely filed 33 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/29/2020
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*